

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/27/2015 3:33:10 PM
CATHY S. LUSK
Clerk

# THE STATE OF TEXAS
# MANDATE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO THE 420TH DISTRICT COURT OF NACOGDOCHES COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 25th day of March, 2015, the cause upon appeal to revise or reverse your judgment between

### TOCARRA LOCKETT A/K/A TOCARRA MCKIND, Appellant

### NO. 12-13-00357-CR; Trial Court No. F1320229

Opinion by Greg Neeley, Justice.

### THE STATE OF TEXAS, Appellee

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and the briefs filed herein, and the same being considered, because it is the opinion of this court that there was error in the judgment of the court below, it is ORDERED, ADJUDGED and DECREED by this court that the judgment of the trial court be **reversed** and a judgment of **acquittal** be, and the same is, hereby entered herein in accordance with the opinion of this court; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 19th day of May, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Chief Deputy Clerk

FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

**TWELFTH COURT OF APPEALS**

JUSTICES
BRIAN HOYLE
GREG NEELEY

FILED
NACOGDOCHES COUNTY
TEXAS
CLERK
CATHY S. LUSK
15 MAY 20 AM 10: 47

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

DISTRICT CLERK

May 19, 2015

Ms. Loretta Cammack
District Clerk
101 West Main Street
Room 120
Nacogdoches, TX 75961
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:  12-13-00357-CR
Trial Court Case Number:  F1320229

**Style:**  Tocarra Lockett a/k/a Tocarra McKind
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk

C Ms. Cristin Lane (DELIVERED VIA E-MAIL)
C Mr. Seth T. Johnson (DELIVERED VIA E-MAIL)
:

Mandate executed on __27th__ day of __May_____, 2015.

Brief explanation of action taken: _Defendant has been released_____

_Laurie Phillips_____ _Deputy_____ District/County-Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us